UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRICIA O'TOOLE,

    Plaintiff,

v.                                      CASE NO. 8:11-cv-2724-T-23AEP

NAPA HOME & GARDEN, INC., et al.,

    Defendants.
_____/

## **ORDER**

In response to a show cause order directed at the plaintiff, Apollo Technologies, Inc., submits another unauthorized reply. The reply (Doc. 45) is **STRICKEN**.

Apollo submits also a "notice of unavailability" stating that "counsel will not available [*sic*] to confer with the other parties or be involved in any discovery" from "April 27, 2012[,] through May 11, 2012." Nothing in the Local Rules authorizes a "notice of unavailability." Accommodating each lawyer's schedule (and on each lawyer's terms) is infeasible, and counsel may not arrogate a special privilege. The "notice" (Doc. 44) is **STRICKEN**.

Apollo's counsel is ordered to read and to conform to the Local Rules. The submission of another unauthorized paper will invite a sanction.

ORDERED in Tampa, Florida, on April 30, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE