UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRICIA O'TOOLE,

    Plaintiff,

v.                                      CASE NO. 8:11-cv-2724-T-23AEP

NAPA HOME & GARDEN, INC., et al.,

    Defendants.

_____/

## **ORDER**

In accord with the motion (Doc. 62) to substitute, which is **GRANTED**, Karen Fagin White is **SUBSTITUTED** for Carey N. Bos as counsel for Napa Home & Garden.

ORDERED in Tampa, Florida, on June 18, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE